UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of VIRG'S LANDING, INC., a California corporation, as owner of F/V PRINCESS, O.N. 550686, for exoneration from or limitation of liability | Case No.: CV 14-1138-DMG (Ex)<br><br>**JUDGMENT [38]** |

Pursuant to the Court's Order Granting Petition for Exoneration from Liability, dated June 9, 2015, judgment is hereby entered in favor of Plaintiff-in-Limitation VIRG'S LANDING, INC.

DATED: June 10, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE